UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:21-cv-21368-LERNARD/LOUIS

DEMETRICE SPANN,

    Plaintiff,

v

WALMART, INC.,

    Defendant.

_____/

### REPORT OF MEDIATION

A mediation conference was held on January 18, 2022 for the above-referenced matter. Mediator KAREN EVANS-PUTNEY conducted the proceedings via ZOOM. All parties and their respective counsel were present.

__X__ A complete agreement was reached.

_____ A partial agreement was reached.

_____ No agreement was reached.

_____ The mediation was adjourned until _____.

_____
Karen Evans-Putney, Mediator

January 24, 2022
Date