# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No.: 21-CV-21368-JAL

DEMETRICE SPANN,

    *Plaintiff*,

v.

WALMART INC.,

    *Defendant*.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

By and through their respective counsel, DEMETRICE SPANN and WALMART, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of this action with prejudice.

Respectfully submitted this 8th day of February, 2022.

| **REMER & GEORGES-PIERRE, PLLC** | **FORDHARRISON LLP** |
|---|---|
| */s/ Peter M. Hoogerwoerd* <br> Peter M. Hoogerwoerd <br> Florida Bar No.: 188239 <br> Pmh@rgpattorneys.com <br> 44 West Flagler Street, Suite 2200 <br> Miami, Florida 33130 <br> Tel. (305) 416-5000 <br> Fax. (305) 416-5006 | */s/Marilyn G Moran* <br> Marilyn G. Moran <br> Florida Bar No. 163813 <br> mmoran@fordharrison.com <br> 300 South Orange Avenue, Suite 1300 <br> Orlando, Florida 32801 <br> (407) 418-2300  Telephone <br> (407) 418-2327  Facsimile |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

WSACTIVELLP:12881949.1